- 1 -

| | |
|---|---|
| 1  Your Name: | Michael L. Wagner |
| 2  Address: | 1000 Twin Dolphin Dr. |
| 3  Phone Number: | 650-464-0630 |
| 4  Fax Number: | None |
| 5  E-mail Address: | None |
| 6  Pro Se Plaintiff | |

**FILED**
NOV 16 2021
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

JSC

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

CV 21- 8903

Michael L. Wagner

Plaintiff,

vs.

Safeway, Inc.

Defendant.

Case Number  [leave blank]

**COMPLAINT**

42 USC 1981

**DEMAND FOR JURY TRIAL**
Yes [X]   No [ ]

**PARTIES**

1. Plaintiff. [*Write your name, address, and phone number. Add a page for additional plaintiffs.*]

Name: Michael L. Wagner
Address: 1000 Twin Dolphin Dr.
Telephone: 650-464-0630

COMPLAINT
PAGE 1 OF 5  [JDC TEMPLATE – Rev. 05/2017]

2. Defendants. [*Write each defendant's full name, address, and phone number.*]

Defendant 1:

Name: Safeway, Inc

Address: 5918 Stoneridge Mall Rd, Pleasanton, 94588

Telephone: 925-226-5000

Defendant 2:

Name: ___

Address: ___

Telephone: ___

Defendant 3:

Name: ___

Address: ___

Telephone: ___

**JURISDICTION**

[*Usually only two types of cases can be filed in federal court, cases involving "federal questions" and cases involving "diversity of citizenship." Check at least one box.*]

3. My case belongs in federal court

[X] under federal question jurisdiction because it is involves a federal law or right.

[*Which federal law or right is involved?*] ___

___.

[ ] under diversity jurisdiction because none of the plaintiffs live in the same state as any of the defendants and the amount of damages is more than $75,000.

COMPLAINT
PAGE 2 OF 5 [*JDC TEMPLATE – Rev. 05/2017*]

## VENUE

[*The counties in this District are: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, Santa Clara, Santa Cruz, San Francisco, San Mateo, or Sonoma. If one of the venue options below applies to your case, this District Court is the correct place to file your lawsuit. Check the box for each venue option that applies.*]

4. Venue is appropriate in this Court because:

   [X] a substantial part of the events I am suing about happened in this district.

   [ ] a substantial part of the property I am suing about is located in this district.

   [ ] I am suing the U.S. government, federal agency, or federal official in his or her official capacity <u>and</u> I live in this district.

   [ ] at least one defendant is located in this District and any other defendants are located in California.

## INTRADISTRICT ASSIGNMENT

[*This District has three divisions: (1) San Francisco/Oakland (2) San Jose; and (3) Eureka. First write in the county in which the events you are suing about happened, and then match it to the correct division. The San Francisco/Oakland division covers Alameda, Contra Costa, Marin, Napa, San Francisco, San Mateo, and Sonoma counties. The San Jose division covers Monterey, San Benito, Santa Clara, Santa Cruz counties. The Eureka division covers Del Norte, Humboldt, Lake, Mendocino counties, only if all parties consent to a magistrate judge.*]

5. Because this lawsuit arose in **San Mataeo** County, it should be assigned to the **San Francisco** Division of this Court.

## STATEMENT OF FACTS

[*Write a short and simple description of the facts of your case. Include basic details such as <u>where</u> the events happened, <u>when</u> things happened and <u>who</u> was involved. Put each fact into a separate, numbered paragraph, starting with paragraph number 6. Use more pages as needed.*]

6. The Safeway Store at Palmetto and Manor

7. Still currently

8. Numerous store employees

9. Blatant and systematic sexual harassment.

COMPLAINT

PAGE **3** OF **5**   [*JDC TEMPLATE – Rev. 05/2017*]

## CLAIMS

### First Claim

(*Name the law or right violated*: __42 USC__)

(*Name the defendants who violated it*: __Unknown Named__)

[Explain briefly here <u>what</u> the law is, <u>what each</u> defendant did to violate it, and <u>how</u> you were harmed. You do not need to make legal arguments. You can refer back to your statement of facts.]

 42 USC 1981 protects against the Sexual Harassment "aimed" at the Plantiff.

 There exists a Store-wide Custom of stalking the Plantiff, on and off the store premises, with one employee often demonstrating enraged and threatening acts.

 The Plantiff is blamed for these workers weakness with Masterbation (hence the Sexual Harassment claim).

 The Plantiff is forced into using other Markets for his grocery shopping.

//

COMPLAINT
PAGE 4 OF 5 *[JDC TEMPLATE – 05/17]*

- 7 -

## DEMAND FOR RELIEF

*[State what you want the Court to do. Depending on your claims, you may ask the Court to award you money or order the defendant to do something or stop doing something. If you are asking for money, you can say how much you are asking for and why you should get that amount, or describe the different kinds of harm caused by the defendant.]*

Actually fearing for his own life, the Plaintiff is demanding money, namely $25,000,000 (25 Million Dollars), this to be paid at the rate of $100,000 (one hundred thousand dollars) a month.

## DEMAND FOR JURY TRIAL

*[Check this box if you want your case to be decided by a jury, instead of a judge, if allowed.]*

[X] Plaintiff demands a jury trial on all issues.

Respectfully submitted,

Date: Nov 15, 2021   Sign Name: *(signature)*
Print Name: Michael L. Wagner

COMPLAINT
PAGE 5 OF 5   *[JDC TEMPLATE – 05/17]*