UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL L. WAGNER,<br><br>        Plaintiff,<br><br>v.<br><br>SAFEWAY, INC.,<br><br>        Defendant. | Case No. 21-cv-08903-VC<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**<br><br>Re: Dkt. No. 9 |

The Court has reviewed Judge Jacqueline S. Corley's Report and Recommendation Re: Dismissal of Amended Complaint, and notes there are no objections to the Report. The Court adopts the Report in every respect. Accordingly, the Amended Complaint is DISMISSED without leave to amend.

**IT IS SO ORDERED.**

Dated: January 31, 2022

_____

VINCE CHHABRIA
United States District Judge