UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL L. WAGNER,<br>        Plaintiff,<br><br>    v.<br><br>SAFEWAY, INC.,<br>        Defendant. | 21-cv-08903-VC<br><br>**JUDGMENT** |

The Court, having dismissed the amended complaint without leave to amend, now enters judgment in favor of the defendant and against the plaintiff.  The Clerk of Court is directed to close the case.

**IT IS SO ORDERED.**

Dated:  January 31, 2022

_____
VINCE CHHABRIA
United States District Judge